AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>JULIUS MAKIRI JENGE<br>███████<br><br>*Defendant(s)* | Case: 1:24-mj-00267<br>Assigned to: Judge Upadhyaya, Moxila A.<br>Assign Date: 8/21/2024<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 2019 - June 2021__ in the county of __Washington__ in the Jurisdiction of the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 15 U.S. Code § 78j(b) and 78ff(a), 17 C.F.R. § 240.10b-5 | Securities Fraud |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

George Adams, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/21/2024

_____
*Judge's signature*

City and state: Washington, DC

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*