UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 24-cr- |
| v. | VIOLATION:<br>18 U.S.C. § 1349<br>(Conspiracy to Commit Wire Fraud) |
| JULIUS MAKIRI JENGE, | FORFEITURE<br>18 U.S.C. § 981(a)(1)(C)<br>28 U.S.C. § 2461(c)<br>21 U.S.C. § 853(p) |
| Defendant. | |

**INFORMATION**

The United States charges that:

Background

At times relevant to this Information:

1. The defendant, JULIUS MAKIRI JENGE, was a resident of Virginia and Maryland. JENGE served as the publicly identified CEO of Minerco, Inc. ("Minerco") beginning in or around October 2019.

2. Minerco traded publicly under the stock symbol MINE in the Over-the-Counter-Markets ("OTC Markets") as a penny stock. Minerco was promoted as being in the business of developing and distributing psilocybin mushrooms, also known as magic mushrooms or psychedelic mushrooms.

3. BOBBY SHUMAKE JAPHIA, also known as Robert Samuel Shumake Jr., Robert Japhia, and Shaman Bobby Shu ("SHUMAKE"), resided in Michigan and controlled all aspects of Minerco beginning in or around October 2019. For example, among other things, SHUMAKE

1

made corporate strategy decisions on behalf of Minerco, engaged in negotiations with third parties on behalf of Minerco, paid or directed others to pay funds on behalf of Minerco, and directed others to draft press releases for Minerco. As it related to Minerco, JENGE acted at the direction of SHUMAKE and was subordinate to SHUMAKE. In or around December 2017, SHUMAKE pleaded guilty to two misdemeanor criminal violations of the Michigan Credit Service Protection Act and was sentenced to 18 months of probation. JENGE and SHUMAKE have known each other for over 10 years.

## COUNT ONE
### Conspiracy to Commit Wire Fraud
### (18 U.S.C. § 1349)

4. Paragraphs 1 through 3 of this Information are realleged and incorporated by reference as though fully set forth herein.

5. From in or around October 2019 through in or around August 22, 2024, JENGE did knowingly and intentionally, that is, with the intent to advance the conspiracy, combine, conspire, and agree with SHUMAKE, and other individuals, known and unknown, to commit: wire fraud, that is, to knowingly, and with the intent to defraud, having devised and intending to devise a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing such pretenses, representations, and promises were false and fraudulent when made, transmit and cause to be transmitted, by means of wire communications in interstate commerce, writings, signs, signals, pictures, and sounds, for the purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Section 1343.

### Purpose of the Conspiracy

6. It was the purpose of the conspiracy for JENGE, and his co-conspirators, including SHUMAKE, to artificially and fraudulently increase and maintain the share price of, and demand

for, Minerco stock to unjustly enrich themselves and to conceal the scheme by: (a) issuing and causing to be issued materially false and misleading statements to the public relating to Minerco; (b) concealing material facts from the investing public; and (c) concealing the scheme from regulators, law enforcement, and the investing public.

Manner and Means of the Conspiracy

7.    The manner and means by which JENGE, and his co-conspirators, known and unknown, sought to accomplish the object of the conspiracy included, among other things, the following:

    a.    It was a part of the conspiracy that JENGE assisted SHUMAKE in taking control of Minerco in late-2019.

    b.    It was further a part of the conspiracy that JENGE assisted SHUMAKE in obtaining one billion Minerco shares in the name of a company controlled by SHUMAKE's then-girlfriend.

    c.    It was further a part of the conspiracy that JENGE and SHUMAKE made or caused to be made materially false and misleading statements to the public in an effort to artificially increase the share price of Minerco.

    d.    It was further a part of the conspiracy that JENGE concealed SHUMAKE's involvement with Minerco from the public because of SHUMAKE's criminal history and his negative reputation.

<b>(Conspiracy to Commit Wire Fraud, in violation 18 U.S.C. § 1349)</b>

<b>FORFEITURE ALLEGATIONS</b>

8.    The allegations contained in paragraphs 1-7 of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United

States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

9. Upon conviction of Count One of this Information, the defendant, JULIUS MAKIRI JENGE, shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the offense alleged in Count One, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c). The property to be forfeited includes, but is not limited to, the following:

    a. A money judgment in the amount of $26,000.00.

10. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

**(Criminal Forfeiture, pursuant to Title 18, United States Code, Section 981(a)(1)(C); Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p))**

                                                                     GLENN S. LEON
                                                                     Chief, Fraud Section

By:    */s/ Kyle Crawford*
        KYLE CRAWFORD
        D.C. Bar Number 888241455
        Trial Attorney, Fraud Section
        U.S. Department of Justice
        1400 New York Ave., N.W.
        Washington, D.C. 20005
        (202) 794-4010
        kyle.crawford@usdoj.gov

November 12, 2024